**UNITED STATES of America, Plaintiff–Appellee**

v.

**Elizz GARCIA, Defendant–Appellant.**

No. 09–10797

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Nov. 8, 2010.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

William Reynolds Biggs, Federal Public Defender's Office, Dallas, TX, Peter Michael Fleury, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

Defendant–Appellant Elizz Garcia appeals the sentence imposed following her guilty-plea conviction for possession of stolen mail matter, in violation of 18 U.S.C. § 1708. Garcia asserts that the district court erred when it ordered her federal sentence to run consecutively to a not-yet-imposed state sentence. The government filed motions to supplement the record on appeal and for summary affirmance. We GRANT the motion to supplement the record on appeal. Because Garcia's challenge is foreclosed by our prior precedent, we GRANT the motion for summary affirmance, and we AFFIRM the district court's judgment. *See United States v. Brown,* 920 F.2d 1212 (5th Cir.1991), *abrogated on other grounds by United States v. Candia,* 454 F.3d 468, 472–73 (5th Cir. 2006).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

